NO. 08-02-00491-CR

WR-67,418-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 6:02:48 PM
Accepted 1/9/2015 2:22:37 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

2015 JAN -8 PM 4: 37

RECEIVED
COURT OF CRIMINAL APPEALS
1/9/2015
ABEL ACOSTA, CLERK

AND

THE 384TH DISTRICT COURT

EX PARTE MICHAEL JACQUES

CAUSE NO. 20020D03178
IN THE 384TH JUDICIAL DISTRICT COURT

## ORDER ON APPLICANT'S MOTION

THE COURT HAVING PREVIEWED THE MOTION AND HEARD ARGUMENTS OF COUNSEL herein grants the motion to exceed word count. The Court specifically finds that this document contains _16,490_ words, and exceeds the word count by _1490_.

Signed this ___8___ day of ___January___, 2015.

_____

Judge, 384th District Court